SEALED

1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5



FILED

NOV 1 5 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE USE OF A CELL-    CASE NO. 2:17-SW-774-KJN
    SITE SIMULATOR TO LOCATE THE
    CELLULAR DEVICE ASSIGNED CALL          [PROPOSED] ORDER DELAYING NOTICE
12  NUMBER (707) 774-9988
                                           **UNDER SEAL**
13

14

15      The United States has represented that there exists an ongoing investigation of John Lamont

16  Winn and others in relation to the cellular telephone named in the application and order, signed August

17  31, 2017, which authorized agents of the United States Secret Service to use a cell-site simulator to

18  locate the cellular telephone currently assigned: (707) 774-9988, ("TARGET CELL PHONE"), for a

19  period of 30 days.

20      The government has further represented that service of the notice required by Federal Rules of

21  Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

22  to the targets.

23      Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

24  be required to serve the notice shall be postponed for 90 days from the date of this Order.

25  ///

26  ///

27  ///

28  ///

ORDER DELAYING NOTICE                          1

1  Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3  IT IS SO ORDERED.

Dated: 11/15/2017

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE