IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER (707) 774-9988 | CASE NO. 2:17-SW-0774 KJN<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: Feb 6, 2018

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge